UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 17-cv-04231-DMR<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. Nos. 17, 18 |

On October 19, 2017, Pro se Plaintiff Stephen Liebb filed two administrative motions. [Docket Nos. 17, 18]. The first administrative motion entitled, "Motion for Extension of Civil Local Rule 7-3 Filing Deadlines for Non-ECF user," requests that the court extend the deadline for filing motions-related papers by three (3) days because Mr. Liebb is not a registered ECF user. [Docket No. 17]. Since the motion does not relate to a specific motion deadline, the court denies the motion without prejudice to re-filing a motion for extension of time for a specific briefing deadline should Mr. Liebb needs additional time. Going forward, if Mr. Liebb would like additional time in which to file a motion-related response, he is advised to try and obtain a stipulation from Defendants prior to seeking leave of court.

The second administrative motion entitled "Administrative Motion to Change Deadline for Filing Proof of Service of Summons for Defendants Jon C. Barrett and Jeff F. Foster" requests that the court extend Mr. Liebb's deadline to serve Defendants Barrett and Foster with the summons and the complaint to 45 days after the court's decision on the pending motion to dismiss. [Docket No. 18]. Defendants do not oppose the motion. [Docket Nos. 15, 18].

//

//

Therefore, the court grants the motion to extend the time in which to serve Defendants Barrett and Foster to 45 days after the court's decision on the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 25, 2017



Donna M. Ryu
United States Magistrate Judge